### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF GEORGIA
### COLUMBUS DIVISION

E.A.A.,                                   :
                                          :
     **Petitioner,**                      :
                                          :
v.                                        :         **Case No. 4:26-cv-791-CDL-CHW**
                                          :              **28 U.S.C. § 2241**
WARDEN, STEWART DETENTION :
CENTER, *et al.*,                         :
                                          :
     **Respondents.**                    :
_____

### ORDER

Petitioner applied for habeas corpus relief under 28 U.S.C. § 2241 (ECF No. 1). Pending before the Court is Petitioner's motion to appoint counsel (ECF No. 3), motion for temporary restraining order (ECF No. 2), and motion for expedited processing (ECF No. 4). In light of the Court's Order for Respondents to provide Petitioner with a bond hearing (ECF No. 6), Petitioner's pending motions (ECF Nos. 2, 3, 4) are **DISMISSED as moot**.

**SO ORDERED**, this 8th day of May, 2026.

                                        s/ Charles H. Weigle_____
                                        Charles H. Weigle
                                        United States Magistrate Judge

1